**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

GALEN LEMAR AMERSON; FRANCES
MOORER SCOTT,

     Petitioners - Appellants,

v.

UNITED STATES BANKRUPTCY
COURT, District of Colorado,

     Respondent - Appellee.

No. 17-1406
(D.C. No. 1:17-CV-02177-RBJ)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **KELLY**, and **MURPHY**, Circuit Judges.[**]
_____

Plaintiffs-Appellants Frances Moorer Scott and Galen Lemar Amerson appeal

from the district court's judgment denying their petition for a writ of mandamus and

dismissing the case with prejudice. Having jurisdiction under 28 U.S.C. § 1291, we

affirm.

The petitioners sought an order directing the clerk of the bankruptcy court to

transfer that court's files to the district court for the purpose of a de novo review of

_____

[*] This order and judgment is not binding precedent, except under the doctrines
of law of the case, res judicata, and collateral estoppel. It may be cited, however, for
its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.
    [**] After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination of
this appeal. See Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore
ordered submitted without oral argument.

certain bankruptcy court orders.  The district court viewed the petition as either an untimely attempt to appeal a bankruptcy order (and reconsideration) or a motion to withdraw the reference to the bankruptcy court.  The district court also noted that the underlying issues had been resolved against petitioners.  <u>See</u> <u>In re Amerson</u>, 839 F.3d 1290 (10th Cir. 2016), <u>cert. denied sub nom.</u> <u>Scott v. King</u>, 138 S. Ct. 121 (2017).  For substantially the same reasons, the judgment is

    AFFIRMED.

                    Entered for the Court


                    Paul J. Kelly, Jr.
                    Circuit Judge